# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Tullahoma Industries, LLC | ) | ASBCA No. 59257 |
| | ) | |
| Under Contract No. SPM1C1-10-D-1074 | ) | |

APPEARANCE FOR THE APPELLANT:　　　Marc Lamer, Esq.
　　　　　　　　　　　　　　　　　　　　Kostos and Lamer, P.C.
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:　Daniel K. Poling, Esq.
　　　　　　　　　　　　　　　　　　　　DLA Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　Kristin K. Bray, Esq.
　　　　　　　　　　　　　　　　　　　Nathaniel A. Work, Esq.
　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　DLA Troop Support
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA

## ORDER OF DISMISSAL

This dispute has been settled. The appeal is dismissed with prejudice.

Dated: 3 April 2015

　　　　　　　　　　　　　　　　　　　　MICHAEL N. O'CONNELL
　　　　　　　　　　　　　　　　　　　　Administrative Judge
　　　　　　　　　　　　　　　　　　　　Armed Services Board
　　　　　　　　　　　　　　　　　　　　of Contract Appeals

　　　　I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59257, Appeal of Tullahoma Industries, LLC, rendered in conformance with the Board's Charter.

Dated:

　　　　　　　　　　　　　　　　　　　　JEFFREY D. GARDIN
　　　　　　　　　　　　　　　　　　　　Recorder, Armed Services
　　　　　　　　　　　　　　　　　　　　Board of Contract Appeals